UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRANDON ALLMENDINGER,<br><br>                      Plaintiff,<br>    v.<br><br>IGNITE RESTAURANT GROUP, et al.,<br><br>                      Defendants. | Case No. 3:16-cv-05742-TLF<br><br>ORDER GRANTING AUTOMATIC STAY FOR DEFENDANTS |

The Court issued an Order to Show Cause Regarding Notice of Bankruptcy and Automatic Stay on June 14, 2017. Dkt. 21. The Court provided that the deadline for filing any response to the stay of proceedings would be June 28, 2017.There was no objection filed on or before June 28, 2017, to the Court's proposed stay of proceedings pursuant to the automatic stay in the Defendants' bankruptcy case. The Court, accordingly, hereby ORDERS that this case is **STAYED** pursuant to the automatic stay issued by the United States Bankruptcy Court for the Southern District of Texas, Case No. 17-33550.

This action shall be removed from the Court's active caseload and administratively closed. It is further ORDERED that the parties shall file a status report **within 14 days** of the discharge of bankruptcy action or any other action which affects the pendency of this litigation. In addition, the parties are directed to file a status report **120 day**s from the date of this order and

every **120 days** thereafter while the bankruptcy is pending.

Dated this 10th day of July, 2017.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING AUTOMATIC STAY FOR DEFENDANTS - 2